**Stephen ALLARD, Plaintiff–Appellant**

v.

**QUINLON PEST CONTROL COMPANY, INC; Michael Vice; Randy White; Curtis Neel; Don Anderson, Defendants–Appellees.**

No. 06–10753
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 30, 2008.

Stephen Allard, Colorado City, TX, pro se.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Stephen Allard, Texas prisoner # 1071335, appeals the district court's sua sponte dismissal of his civil rights suit challenging conditions at the Hunt County Jail for failure to exhaust available administrative remedies. Under *Jones v. Bock,* 549 U.S. 199, 127 S.Ct. 910, 166 L.Ed.2d 798 (2007), the district court erred in dismissing the complaint at this stage in the proceedings. We vacate that dismissal and remand for further proceedings.

Allard has not shown that the district court erred in denying class certification. *See McGrew v. Texas Bd. of Pardons & Paroles,* 47 F.3d 158, 162 (5th Cir.1995). As such, he has also not shown that the district court erred by not appointing an attorney for the class.

We do not address Allard's argument, raised for the first time on appeal, that the magistrate judge should have recused herself. *See Clay v. Allen,* 242 F.3d 679, 681 (5th Cir.2001).

AFFIRMED in part, VACATED AND REMANDED in part.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.